# EXHIBIT A



# Franchise Tax Account Status
As of : 12/14/2016 16:35:09

This Page is Not Sufficient for Filings with the Secretary of State

### ORGILL TRANSPORTATION CO. LLC

| | |
|---|---|
| **Texas Taxpayer Number** | 32049117164 |
| **Mailing Address** | 1999 BRYAN ST STE 900 DALLAS, TX 75201-3140 |
| **Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | TN |
| **Effective SOS Registration Date** | 09/27/2012 |
| **Texas SOS File Number** | 0801662065 |
| **Registered Agent Name** | C T CORPORATION SYSTEM |
| **Registered Office Street Address** | 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 |



**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
William R. Snodgrass Tower
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name:  **ORGILL TRANSPORTATION CO. LLC**

## General Information

| | | | |
|---|---|---|---|
| SOS Control # | 000692987 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 08/09/2012 1:07 PM | Date Formed: | 08/09/2012 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 1 |
| Duration Term: | Perpetual | | |
| Managed By: | Director Managed | | |

**Registered Agent Address**
ERIC DIVELBISS
3742 TYNDALE DR
MEMPHIS, TN  38125-8500

**Principal Address**
3742 TYNDALE DR
MEMPHIS, TN  38125-8500

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 12/02/2016 | 2016 Annual Report | B0319-6842 |
| 02/03/2016 | 2015 Annual Report | B0195-1360 |
| Registered Agent First Name Changed  From: SCOTT  To: ERIC | | |
| Registered Agent Middle Name Changed  From: W  To: No Value | | |
| Registered Agent Last Name Changed  From: BUTTERWORTH  To: DIVELBISS | | |
| 03/18/2015 | 2014 Annual Report | B0068-9745 |
| 01/21/2014 | 2013 Annual Report | A0209-0618 |
| Managed By Changed  From: Manager Managed  To: Director Managed | | |
| 04/02/2013 | 2012 Annual Report | A0172-1819 |
| 08/09/2012 | Initial Filing | 7083-2793 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|