# EXHIBIT B



# Franchise Tax Account Status

As of : 12/14/2016 16:35:09

**This Page is Not Sufficient for Filings with the Secretary of State**

## ORGILL, INC.

| | |
|---|---|
| **Texas Taxpayer Number** | 16203147208 |
| **Mailing Address** | 3742 TYNDALE DR MEMPHIS, TN 38125-8500 |
| **Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | TN |
| **Effective SOS Registration Date** | 01/08/1987 |
| **Texas SOS File Number** | 0007146906 |
| **Registered Agent Name** | CT CORP SYSTEM |
| **Registered Office Street Address** | 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 |



**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
William R. Snodgrass Tower
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name:   **ORGILL, INC.**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000023333 | Formation Locale: | TENNESSEE |
| Filing Type: | For-profit Corporation - Domestic | Date Formed: | 06/22/1898 |
| | 06/22/1898 4:30 PM | Fiscal Year Close | 12 |
| Status: | Active | | |
| Duration Term: | Perpetual | | |

**Registered Agent Address**
ERIC W DIVELBISS
3742 TYNDALE DR
MEMPHIS, TN 38125-8500

**Principal Address**
ANDREA ZIKOSKI
3742 TYNDALE DR
MEMPHIS, TN 38125-8500

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 12/05/2016 | 2016 Annual Report | B0319-7500 |
| Principal Address 3 Changed From: MELANIE MANNING To: ANDREA ZIKOSKI | | |
| 02/03/2016 | 2015 Annual Report | B0195-1308 |
| Registered Agent First Name Changed From: SCOTT To: ERIC | | |
| Registered Agent Last Name Changed From: BUTTERWORTH To: DIVELBISS | | |
| 03/18/2015 | 2014 Annual Report | B0068-9761 |
| 01/04/2014 | 2013 Annual Report | A0207-0227 |
| Principal Address 3 Changed From: ERICA WILHITE To: MELANIE MANNING | | |
| 04/01/2013 | 2012 Annual Report | A0172-0469 |
| 04/02/2012 | 2011 Annual Report | A0115-1171 |
| Principal Address 1 Changed From: 3742 TYNDALE DRIVE To: 3742 TYNDALE DR | | |
| Principal Address 3 Changed From: No value To: ERICA WILHITE | | |
| Principal Postal Code Changed From: 38125 To: 38125-8500 | | |
| Principal County Changed From: No value To: SHELBY COUNTY | | |
| 03/24/2011 | 2010 Annual Report | A0063-2349 |
| 06/16/2010 | 2009 Annual Report | A0035-0268 |
| 06/03/2010 | Notice of Determination | A0020-2324 |
| 01/28/2009 | 2008 Annual Report | 6428-2875 |

# Filing Information

Name:   **ORGILL, INC.**

| 03/28/2008 | 2007 Annual Report | 6269-1162 |
| 04/05/2007 | 2006 Annual Report | 6019-1695 |
| 04/03/2006 | 2005 Annual Report | 5752-1708 |
| 04/04/2005 | 2004 Annual Report | 5415-2093 |
| 03/23/2004 | 2003 Annual Report | 5079-0935 |
| 03/16/2004 | Assumed Name Renewal | 5067-2856 |
| 03/31/2003 | 2002 Annual Report | 4773-1843 |
| | Principal Address Changed | |
| | Registered Agent Physical Address Changed | |
| | Registered Agent Changed | |
| | Mail Address Changed | |
| 03/05/2002 | 2001 Annual Report | 4434-1314 |
| 03/14/2001 | 2000 Annual Report | 4146-1953 |
| 02/23/2000 | 1999 Annual Report | 3835-0917 |
| | Registered Agent Physical Address Changed | |
| | Mail Address Changed | |
| 04/29/1999 | Assumed Name Renewal | 3678-0872 |
| 04/30/1998 | Merger | 3503-1832 |
| | Merged Control # Changed  From: 000023333 | |
| | Merged Control # Changed  From: 000207472 | |
| 12/19/1997 | Amended and Restated Formation Documents | 3419-3669 |
| | Shares of Stock Changed | |
| 04/04/1997 | CMS Annual Report Update | 3323-3422 |
| | Registered Agent Physical Address Changed | |
| | Registered Agent Changed | |
| 12/30/1996 | Amended and Restated Formation Documents | 3261-1304 |
| | Shares of Stock Changed | |
| 12/30/1996 | Merger | 3261-1306 |
| | Merged Control # Changed  From: 000023333 | |
| | Merged Control # Changed  From: 000275704 | |
| 01/31/1996 | Articles of Amendment | 3110-3067 |
| | Name Changed | |
| | Principal Address Changed | |
| | Registered Agent Physical Address Changed | |
| | Registered Agent Changed | |
| 04/08/1994 | Assumed Name Renewal | 2833-2552 |

# Filing Information

Name:   **ORGILL, INC.**

| | | |
|---|---|---|
| 10/01/1990 | Articles of Amendment | 1952-0482 |
| Principal Address Changed | | |
| 09/14/1990 | CMS Annual Report Update | 1929-0144 |
| Registered Agent Physical Address Changed | | |
| 06/16/1990 | Administrative Amendment | FYC/REVENUE |
| Fiscal Year Close Changed | | |
| 05/17/1989 | Assumed Name | 1284-0762 |
| 10/02/1987 | Administrative Amendment | 714 01660 |
| Mail Address Changed | | |
| 12/28/1986 | Merger | 658 03314 |
| Merged Control # Changed  From: 000020834 | | |
| Merged Control # Changed  From: 000023333 | | |
| 12/27/1986 | Merger | 658 03309 |
| Merged Control # Changed  From: 000023331 | | |
| Merged Control # Changed  From: 000023333 | | |
| Merged Control # Changed  From: 000023333 | | |
| 12/26/1986 | Merger | 658 03304 |
| Merged Control # Changed  From: 000016778 | | |
| Merged Control # Changed  From: 000023333 | | |
| 12/24/1986 | Merger | 658 03309 |
| Merged Control # Changed  From: 000023331 | | |
| Merged Control # Changed  From: 000023333 | | |
| Merged Control # Changed  From: 000023333 | | |
| 03/25/1986 | Articles of Amendment | 601 02813 |
| Name Changed | | |
| 12/17/1983 | Merger | 455 00506 |
| Merged Control # Changed  From: 000023333 | | |
| Merged Control # Changed  From: 000096133 | | |
| 12/16/1983 | Merger | 455 00502 |
| Merged Control # Changed  From: 000023333 | | |
| Merged Control # Changed  From: 000049647 | | |
| 12/15/1983 | Merger | 455 00498 |
| Merged Control # Changed  From: 000008850 | | |
| Merged Control # Changed  From: 000023333 | | |
| 04/25/1983 | Merger | 388 00986 |
| Merged Control # Changed  From: 000023333 | | |

12/14/2016 5:47:55 PM

# Filing Information

**Name:**   **ORGILL, INC.**

| | |
|---|---|
| Merged Control # Changed  From: 000125957 | |
| 09/03/1976   Articles of Amendment | BP56P2735 |
| Name Changed | |
| 02/04/1970   Restated Formation Documents | BP53P2743 |
| Name Changed | |
| Shares of Stock Changed | |
| Principal Address Changed | |
| 01/18/1952   Articles of Amendment | BP35P0577 |
| Shares of Stock Changed | |
| 06/26/1951   Articles of Amendment | BP35P0180 |
| Shares of Stock Changed | |
| 04/29/1947   Articles of Amendment | BP29P0162 |
| Shares of Stock Changed | |
| 07/12/1944   Articles of Amendment | BP26P0219 |
| Shares of Stock Changed | |
| 04/02/1937   Articles of Amendment | BP24P0153 |
| Shares of Stock Changed | |
| 08/19/1925   Articles of Amendment | BP18P0276 |
| Shares of Stock Changed | |
| 12/28/1922   Articles of Amendment | BP16P0470 |
| Shares of Stock Changed | |
| 04/28/1910   Articles of Amendment | BP07P0442 |
| 06/22/1898   Initial Filing | BU03P0236 |

**Active Assumed Names (if any)**                                      **Date**      **Expires**